**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6274**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

WILLIAM TERRENCE CROSS, a/k/a Red,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Rebecca Beach Smith, Chief
District Judge.   (2:03-cr-00010-RBS-1; 2:06-cv-00457-RBS)

Submitted:  November 7, 2013         Decided:  November 14, 2013

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William  Terrence  Cross,  Appellant  Pro  Se.  Laura  Pellatiro
Tayman,  Assistant  United  States  Attorney,  Newport  News,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Cross seeks to appeal his conviction for tampering with a witness and retaliation against a witness. Cross was sentenced in 2003 and received a fourteen-year sentence. This court summarily affirmed Cross's convictions and remanded for resentencing after the Government cross-appealed. United States v. Cross, 371 F.3d 176 (4th Cir. 2004). The court affirmed the sentence imposed at resentencing. United States v. Cross, No. 04-5030, 2005 WL 3452041 (4th Cir. Dec. 16, 2005) (unpublished). In January 2013, Cross filed another notice of appeal of the criminal judgment, specifically challenging a pre-trial order denying Cross's motion to dismiss for lack of jurisdiction. However, because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2